Nareshwar Virdi (SBN 293715)
ACQUEST LAW
3838 Watt Ave, Suite F-600
(916)378-0259 | 1(844)277-4734
nvirdi@acquestlaw.com

Attorney for Plaintiffs
Linda Susan Loughlin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SUSAN LOUGHLIN,<br><br>  Plaintiff,<br><br>vs.<br><br>KAISER PERMANENTE, KAISER FOUNDATION HOSPITALS, THE PERMANENTE GROUP, INC. AND DOES 3-25, INCLUSIVE,<br><br>  Defendant | Case No.: 2:21-CV-00539-WBS-AC<br><br>**STIPULATION AND ORDER TO ESTABLISH DEFENDANT KAISER PERMANENTE, AND DOES 1-25 DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>**ACTION ORIGINALLY FILED: 03/24/2021** |

IT IS HEREBY STIPULATED by and between Plaintiffs, through their attorney of record, NARESHWAR S. VIRDI, of Acquest Law; and Defendants, KAISER PERMANENTE, KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., by and through its respective attorney of record, ONDREJ LIKAR, of Buty & Curliano LLP, that the deadline to respond to the complaint be extended by 28 days pursuant to Eastern District Local Rule 144.

///

///

///

///

STIPULATION TO ESTABLISH DEFENDANT DEADLINE TO RESPOND TO THE COMPLAINT- 1

**SO STIPULATED.**

                                        ACQUEST LAW

DATED: June 29, 2021        By:   /s/ Nareshwar Virdi
                                        Nareshwar Virdi
                                          Attorney for Plaintiff, LINDA SUSAN LOUGHLIN


                                        BUTY & CURLIANO LLP

DATED:                      By:   /s/ Ondrej Likar
                                          Ondrej Likar
                                          Attorney for Defendant, KAISER PERMANENTE, et al.

IT IS SO ORDERED

Dated: July 7, 2021

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

///

///

///

///

///

///

STIPULATION TO ESTABLISH DEFENDANT DEADLINE TO RESPOND TO THE COMPLAINT- 3