Nareshwar Virdi (SBN 293715)
ACQUEST LAW INC.
3838 Watt Ave, Suite F-600
(916)378-0259 | 1(844)277-4734
nvirdi@acquestlaw.com

Attorney for Plaintiffs
Linda Susan Loughlin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SUSAN LOUGHLIN,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS, THE PERMANENTE GROUP, INC. AND DOES 3-25, INCLUSIVE,<br><br>Defendant | Case No.: 2:21-CV-00539-WBS-AC<br><br>**STIPULATION AND ORDER FOR CONTINUANCE**<br><br>**ACTION ORIGINALLY FILED: 03/24/2021** |

IT IS HEREBY STIPULATED by and between Plaintiffs, through their attorney of record, NARESHWAR S. VIRDI, of Acquest Law; and Defendants, KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., by and through its respective attorney of record, ONDREJ LIKAR, of Buty & Curliano LLP, that:

1. The scheduling conference be continued to September 27, 2021 or any time thereafter;

2. The joint status report to be filed 14 days prior to the date of scheduling conference, pursuant to the court order;

3. Pursuant to the parties' stipulation and the time of service of the First Amended Complaint, defendants' responsive pleading is due on September 6, 2021.

4. Parties to meet and confer before the filing of the joint status report.

*///*

STIPULATION AND ORDER FOR CONTINUANCE - 1

///

**SO STIPULATED.**

ACQUEST LAW

DATED:   By:   */s/ Nareshwar Virdi*
              Nareshwar Virdi
              Attorney for Plaintiff, LINDA SUSAN
              LOUGHLIN


BUTY & CURLIANO LLP

DATED:   By:   */s/ Ondrej Likar*
              Ondrej Likar
              Attorney for Defendant, KAISER
              PERMANENTE, et al.


IT IS SO ORDERED:

The scheduling conference be continued to **September 27, 2021 at 1:30 p.m.** A joint status report shall be filed no later than **September 13, 2021** pursuant to the court's order filed March 24, 2021 (Docket No. 3).

Dated: July 12, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR CONTINUANCE - 2