Nareshwar S. Virdi (#293715)
ACQUEST LAW INC
3838 Watt Avenue, Bldg. F-600
Sacramento, CA 95821
Telephone: (916) 378-0259
Facsimile: (844) 277-4734
nvirdi@acquestlaw.com

Attorneys for Plaintiff
Linda Loughlin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA LOUGHLIN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KAISER FOUNDATION HOSPITALS' and THE PERMANENTE MEDICAL GROUP, INC., and DOES 3-25, INCLUSIVE,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-00539-WBS-AC<br><br>STIPULATION AND ORDER TO CONTINUE THE DEFENDANT KAISER FOUNDATION HOSPITALS' and THE PERMANENTE MEDICAL GROUP, INC.'S MOTION TO DISMISS AND TO ESTABLISH PLAINTIFF LINDA LOUGHLIN'S DEADLINE TO RESPOND TO THE MOTION; DECLARATION OF NARESHWAR VIRDI<br><br>Date: October 18, 2021<br>Time: 1:30 PM<br>Dept: Courtroom 5, 14th Floor<br>Judge: Hon. William B. Shubb |

　　　　WHEREAS, on September 6, 2021, Defendant KAISER FOUNDATION HOSPITALS' and THE PERMANENTE MEDICAL GROUP, INC. (hereinafter "Kaiser") filed a motion to dismiss under FRCP Rule 12(b)(6);

　　　　WHEREAS, Plaintiff LINDA LOUGHLIN'S attorney was out of office due to Pneumonia and Covid-19 infection for 5-6 weeks (see attached declaration);

WHEREAS, the Plaintiff and Kaiser are in agreement to continue the date of motion and the corresponding response date;

WHEREAS, the Plaintiff and Kaiser have met and conferred regarding the motion to dismiss;

ACCORDINGLY, IT IS SO STIPULATED, by and between the parties and through their counsel, as follows:

1. Kaiser's Motion to Dismiss be continued to November 1, 2021 at 1:30 p.m;

2. Plaintiff's deadline to respond to the motion to dismiss is October 15, 2021.

Dated: September 28, 2021            ACQUEST LAW

*/S/ Nareshwar Singh Virdi*
Nareshwar S. Virdi
Attorneys for Plaintiff
Linda Loughlin

Dated: September 28, 2021            BUTY & CURLIANO LLP

*/S/ Ondrej Likar*
Ondrej Likar
Attorneys for Defendants
Kaiser Foundations Hospitals' and The Permanente Medical Group Inc.

IT IS SO ORDERED.

Dated: September 30, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Nareshwar S. Virdi (#293715)

2         2:21-CV-00539-WBS-AC
STIPULATION AND ORDER TO CONTINUE THE DEFENDANT KAISER FOUNDATION HOSPITALS' and THE PERMANENTE MEDICAL GROUP, INC.'S MOTION TO DISMISS AND TO ESTABLISH PLAINTIFF LINDA LOUGHLIN'S DEADLINE TO RESPOND TO THE MOTION; DECLARATION OF NARESHWAR VIRDI

ACQUEST LAW INC
3838 Watt Avenue, Bldg. F-600
Sacramento, CA 95821
Telephone: (916) 378-0259
Facsimile: (844) 277-4734
nvirdi@acquestlaw.com

Attorneys for Plaintiff
Linda Loughlin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA LOUGHLIN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KAISER FOUNDATION HOSPITALS' and THE PERMANENTE MEDICAL GROUP, INC., and DOES 3-25, INCLUSIVE,<br><br>　　　　　Defendant(s). | Case No. 2:21-cv-00539-WBS-AC<br><br>DECLARATION OF NARESHWAR VIRDI<br><br>Date: October 18, 2021<br>Time: 1:30 PM<br>Dept: Courtroom 5, 14th Floor<br>Judge: Hon. William B. Shubb |

I, Nareshwar Virdi, declare as follows:

1. I am a licensed attorney in good standing in the State of California. My State Bar # is 293715.

2. I developed pneumonia, severe cough, lung infection, and covid in August 2021 and was out of office for 5-6 weeks.

3          2:21-CV-00539-WBS-AC
STIPULATION AND ORDER TO CONTINUE THE DEFENDANT KAISER FOUNDATION HOSPITALS' and THE PERMANENTE MEDICAL GROUP, INC.'S MOTION TO DISMISS AND TO ESTABLISH PLAINTIFF LINDA LOUGHLIN'S DEADLINE TO RESPOND TO THE MOTION; DECLARATION OF NARESHWAR VIRDI

1  I make these statements under the penalty of perjury in the State of California. The foregoing

2  statements are true and correct to the best of my knowledge.

3

4

                                                        */S/ Nareshwar Singh Virdi*

5                                                           Nareshwar S. Virdi

6  Dated: September 28, 2021

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                             4                        2:21-CV-00539-WBS-AC

STIPULATION AND ORDER TO CONTINUE THE DEFENDANT KAISER FOUNDATION HOSPITALS' and THE PERMANENTE MEDICAL GROUP, INC.'S MOTION TO DISMISS AND TO ESTABLISH PLAINTIFF LINDA LOUGHLIN'S DEADLINE TO RESPOND TO THE MOTION; DECLARATION OF NARESHWAR VIRDI