JASON J. CURLIANO [SBN 167509]
ONDREJ LIKAR [SBN 269199]
BUTY & CURLIANO LLP
516 – 16th Street
Oakland, CA 94612
Tel:   510.267.3000
Fax:   510.267.0117
Email: jcurliano@butycurliano.com
       olikar@butycurliano.com

Attorneys for Defendants:
KAISER FOUNDATION HOSPITALS,
and THE PERMANENTE MEDICAL
GROUP, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SUSAN LOUGHLIN, | Case No:   2:21-cv-00539-WBS-AC |
| Plaintiff, | **ORDER GRANTING STIPULATED DISMISSAL OF ENTIRE ACTION** |
| v. | ASSIGNED TO: Hon. William B. Shubb |
| KAISER FOUNDATION HOSPITALS, THE PERMANENTE GROUP, INC., and DOES 3-25, INCLUSIVE, | |
| Defendants. | |

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
516 16TH STREET
OAKLAND CA 94612
510.267.3000

1

**ORDER**

Before the Court is the stipulation of Plaintiff Linda Susan Loughlin and Defendants Kaiser Foundation Hospitals and The Permanente Medical Group, Inc. to dismiss this action with prejudice.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court GRANTS the stipulated request for dismissal with prejudice.

Plaintiff and Defendants to each bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:  December 3, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
516 16TH STREET
OAKLAND CA 94612
510.267.3000

2

**ORDER**